UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARDO VASQUEZ<br>    Petitioner, | CASE NO. 3:02CR00123 (AVC) |
| v. | JUDGE: ALFRED V. COVELLO<br>U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA<br>    Respondent. | |

MOTION TO CORRECT PETITIONER'S SENTENCE
PURSUANT TO 18 U.S.C. § 3582 (c)(2),
AND § 2D1.11, THE NEW CRACK
AMENDMENT TO THE SENTENCING GUIDELINES

Now Comes the petitioner, Leonardo Vasquez, appearing Pro Se, respectfully moving this Honorable Court to correct petitioner's sentence imposed in the above capcioned case pursuant to 18 U.S.C. § 3582 (c)(2), and § 2D1.1, the new amendment, and for reasons further presented below.

### STATEMENT OF THE CASE

Petitioner was sentenced on April 25, 2002, by U.S. District Court Judge, the Honorable Alfred V. Covello.

At the time of petitioner's sentencing, Honorable judge Alfred V. Covello, determined that petitioner's criminal history category was 1.

Petitioner's nature offense is: Possession with intent to Distribute 50 grams or more of cocaine base under 21 U.S.C. Section 841 (a)(1).

Petitioner was not found to have used violence or credible threats of violence.

At the time of sentencing, petitioner did not have more than one (1) criminal history point.

The offense did not result in death or serious bodily injury to any person.

Petitioner was not found to be an organizer, leader, manager, or supervisor of others in connection with the offense, nor was the petitioner engaged in a continuing criminal enterprise as the same is defined in 21 U.S.C. Section 841.

## PETITION FOR A TWO (2) LEVEL DECREASE UNDER THE NEW CRACK AMENDMENT TO THE SENTENCING GUIDELINES THAT WILL BE EFFECTIVE ON MARCH 3, 2008.

The petitioner's total offense level is greater than 17. The petitioner's offense level is 33, petitioner has been sentenced to a term greater than the statutory minimum of ten (10) years. Petitioner was sentenced to a term of 135 months.

On November 1, 2007, the Commission amended the drug quantity table in §2D1.1 so that crack quantity triggering the five-and ten-year mandatory minimums are assigned base offense levels lower than before.

For this reason, petitioner ask this Honorable court to decrease 2 level based on this new amendment. Petitioner's base offense level is 33, and now with this new crack amendment, petitioner's base offense would be 31.

## CONCLUSION

Petitioner prays that this court grant a total of two (2) levels in reduction to his sentence based on the Amendment set forth in this motion. This should be remanded for the modification in the sentence that this court previous imposed on the petitioner.

Respectufully submmeted,

Leonardo Vasquez

## SERTIFICATE OF SERVICE

I, Leonardo Vasquez, do hereby certify, that a true and complete copy of the foregoing was served on Linda I. Kunosfsky, Deputy-in Charge, at United States District Court Connecticut, 450 Main St., Hartford, CT 06103. by depositing the same, First Class Postage affixed, in the U.S. Postal Service Mailbox at FSL Elkton, P.O. B ox 10, Lisbon, Ohio 44432, on this 5th day of March, 2008

*Leonardo Vasquez*
Leonardo   Vasquez
Reg. No. 14657-014
Federal Satellite Low Elkton
P. O.  Box 10
Lisbon, Ohio 44432