**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
UNITED STATES OF AMERICA      :
                              :
v.                            :   Case No. 3:02CV0123(AVC)
                              :
LEONARDO VASQUEZ              :
```

**ORDER TO SHOW CAUSE**

On April 3, 2003, the defendant, Leonardo Vasquez, was sentenced to a term of imprisonment of 135 months.  On February 28, 2008, the defendant filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), arguing that his offense level should be reduced by two levels as a result of the retroactive application of an amendment to § 2D1.1 of the Sentencing Guidelines.  Within twenty one (21) days of the entry of this order, the United States Attorney is ordered to show cause as to why the relief requested in the defendant's pro se motion should not be granted.  It is so ordered this 1st  day of April, 2008, at Hartford, Connecticut.

                              / s /
                              Alfred V. Covello, U.S.D.J.