UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. |
| : | 3:02CR00123(AVC) |
| LEONARDO VASQUES : | |

### ORDER OF AMENDMENT OF JUDGMENT
### REDUCING TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §3582(c)

On April 2, 2003, this court sentenced the defendant, Leonardo Vasques, to a term of imprisonment of 135 months. Pursuant to 18 U.S.C. § 3582(c)(2); Amendment 706 in Appendix C to the U.S. Sentencing Guidelines Manual, providing for a lower guidelines sentencing range for certain offenses involving crack cocaine; and the policy statement contained in Guidelines § 1B1.10, the application notes thereto, and all other applicable policy statements issued by the Sentencing Commission; the defendant's motion for reduction of sentence (**document no. 30**) is **GRANTED** in part and **DENIED** in part, as described below.

**IT IS ORDERED**, after considering the defendant's motion, the government's Notice, the revised sentencing recommendation of the probation officer, the reduced Guidelines sentencing range indicated below, and the factors set forth in 18 U.S.C. § 3553(a), that the defendant's term of imprisonment be reduced as follows:

The defendant's previously determined sentencing range, based upon a total offense level of 33 and a criminal history

1

category of I, was 135 to 168 months.  The defendant's amended and reduced sentencing range, based upon the amended guidelines range that would have been applicable to the defendant if Amendment 706 had been in effect at the time the defendant was sentenced, and leaving all other guideline application decisions unaffected, is 108 to 135 months based upon a total offense level of 31 and a criminal history category of I.

However, the offense for which the defendant was convicted, possession with intent to distribute 50 grams or more of cocaine base, carries a statutory minimum sentence of ten years (120 months).  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).  "[A] sentence may be imposed at any point within the applicable guideline range, provided that the sentence . . . is not less than any statutorily required minimum sentence."  Guidelines § 5G1.1(c)(2).  Pursuant to Guidelines § 1B1.10(b), in no event may a reduced term of imprisonment resulting from the application of 18 U.S.C. § 3582(c)(2) be less than the term of imprisonment the defendant has already served.

Therefore, it is hereby ORDERED that the defendant's term of imprisonment contained in the judgment (document no. 28) entered by the court in the above-entitled case be reduced to a total term of **One Hundred Twenty (120) months, or, if such reduced term is less than the term of imprisonment the defendant has already served, then to time served.**  The court finds that this reduction

2

is consistent with the applicable policy statements issued by the Sentencing Commission.  All other provisions of the original judgment remain intact.

It is SO ORDERED this 12th  day of May, 2008, at Hartford, Connecticut.

                                          / s /
                                        Alfred V. Covello
                                        United States District Judge